# Court of Appeals
# of the State of Georgia

ATLANTA, February 12, 2025

*The Court of Appeals hereby passes the following order*

**A25I0137. BC 1010 H34E, LLC d/b/a DUNKIN DONUTS #310298 v. GWENDALYN KENNEDY, AS PARENT AND/OR GUARDIAN OF HELENA GARRETT, A MINOR.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

21C04077



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, February 12, 2025.*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*